# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

PDF FILE WITH AUDIO FILE ATTACHMENT

2024-05005

Teymourian v. 66 Barry Lane, LLC, a California limited liability

| | |
|---|---|
| Case Type : | ap |
| Case Number : | 2024-05005 |
| Case Title : | Teymourian v. 66 Barry Lane, LLC, a California limited liability |
| Audio Date\Time: | 4/5/2024 10:00:00 AM |
| Audio File Name : | 5ap2024-05005_20240405-100000.mp3 |
| Audio File Size : | 128094 KB |
| Audio Run Time : | [02:13:26] (hh:mm:ss) |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

**MPEG Layer-3 audio coding technology from Fraunhofer IIS and Thomson.**

**This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**